IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HELENA GRAHAM,<br>            **Plaintiff,**<br><br>            v.<br><br>PHH MORTGAGE CORPORATION,<br>AMERICAN SECURITY INSURANCE<br>COMPANY,<br>ASSURANT INC.<br>NEWREZ LLC<br><br>            **Defendants.** | CIVIL ACTION<br><br><br><br>NO.  25CV432 |

## ORDER

**AND NOW**, this 25th day of March, 2026, upon consideration of: (1) Defendants American Security Insurance Company and Assurant Inc.'s Motion to Dismiss (ECF Nos. 76, 87) and Plaintiff's Response in Opposition thereto (ECF No. 83); (2) Defendant Newrez LLC's Motion to Dismiss (ECF Nos. 77, 88) and Plaintiff's Response in Opposition thereto (ECF No. 84); and, (3) Defendant PHH Mortgage Corporation's Motion to Dismiss (ECF Nos. 78, 89) and Plaintiff's Response in Opposition thereto (ECF No. 85); for the reasons set forth in the accompanying opinion, **IT IS HEREBY ORDERED** as follows:

1.    Defendants' Motions to Dismiss the Second Amended Complaint (ECF No. 69) are **GRANTED** with respect to:

   a.  Claims against Defendants American Security Insurance Company and Assurant Inc. in Count I, which are **DISMISSED WITHOUT PREJUDICE**;

   b.  Claims against all Defendants in Count I insofar as they seek relief for violations of 12 U.S.C. § 2605(m) and 12 C.F.R. § 1024.37(h), which are **DISMISSED WITH PREJUDICE**;

   c.  Claims against Defendants PHH Mortgage Corporation in Count I insofar as they seek statutory damages for violations of 12 U.S.C. § 2605(k) and 12 C.F.R. § 1024.37(c) and (d), which are **DISMISSED WITHOUT**;

      d.  Claims against all Defendants in Counts II and VI, which are **DISMISSED WITH PREJUDICE**;

      e.  Claims against all Defendants in Counts III, IV, V, VII, VIII[1] which are **DISMISSED WITHOUT PREJUDICE**.

2.     Defendants' Motions to Dismiss the Second Amended Complaint (ECF No. 69) are **DENIED** in all other respects for the reasons set forth in the accompanying Memorandum Opinion.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

_____

**WENDY BEETLESTONE, C.J.**

---

[1] Titled in the Second Amended Complaint as the second "Count VII."