**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **HELENA GRAHAM,**<br>**Plaintiff,**<br><br>**v.**<br><br>**PHH MORTGAGE CORPORATION, AMERICAN SECURITY INSURANCE COMPANY, ASSURANT INC., AND NEWREZ LLC,**<br><br>**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 25CV432** |

# ORDER

**AND NOW**, this 27th day of August, 2026, upon consideration of: (1) Defendants American Security Insurance Company and Assurant Inc.'s Motion to Dismiss (ECF Nos. 108, 122) and Plaintiff's Response in Opposition thereto (ECF No. 128); (2) Defendant NewRez LLC's Motion to Dismiss (ECF No. 113) and Plaintiff's Response in Opposition thereto (ECF No. 123); and, (3) Defendant PHH Mortgage Corporation's Motion to Dismiss (ECF Nos. 112, 126) and Plaintiff's Response in Opposition thereto (ECF No. 117); for the reasons set forth in the accompanying opinion, **IT IS HEREBY ORDERED** as follows:

1. Defendants' Motions to Dismiss the Third Amended Complaint (ECF No. 103) are **GRANTED** with respect to:

   a. Claims against Assurant Inc. which are **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction;

   b. Claims against Defendant American Security Insurance Company in Count I, which are **DISMISSED WITH PREJUDICE**;

   c. Claims against Defendant PHH Mortgage Corporation in Count I insofar as they seek statutory damages for violations of 12 U.S.C. § 2605(k) and (l) and 12 C.F.R. § 1024.37(c) and (d), which are **DISMISSED WITH PREJUDICE**;

d. Claims against all Defendants in Count II which are **DISMISSED WITH PREJUDICE**;

e. Claims against Defendant PHH Mortgage Corporation in Count III which are **DISMISSED WITH PREJUDICE**.

2. Defendants' Motions to Dismiss the Third Amended Complaint (ECF No. 103) are **DENIED** in all other respects for the reasons set forth in the accompanying Memorandum Opinion.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

______________________________
**WENDY BEETLESTONE, C.J.**